UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANITA ROBINSON and ALBERT M.
ROBINSON,

    Plaintiffs,

v.                                                        Case No:  2:12-cv-675-Ftm-29SPC

JANE BARBARA ROBINSON, SECTION
23 PROPERTY OWNERS
ASSOCIATION, INC., RONALD WOODS,
HARVEY GOLDSTEIN, CYRIL
SCHRAGE, JOSEPH HARRIS, KAREN
PERRY, JANE DOE and JOHN DOE,

    Defendants.
_____/

## ORDER

This matter comes before the Court on review of the file.  On April 15, the Court granted Plaintiffs' Motion to amend their complaint to add additional Defendants.  (Doc. #23).  The Third Amended Complaint was entered on April 16, 2013.  (Doc. #24).  The Court notes that Plaintiffs are proceeding *in forma pauperis*, and the Court has been informed that Plaintiffs have provided Marshal 285 Forms and Summonses for some of the new Defendants, but not all, namely Joseph Harris and Karen Perry.  Thus, the Court will direct the Clerk to send additional forms to the Plaintiffs.

Accordingly, it is now

**ORDERED:**

(1) The Clerk of Court is directed to send two (2) copies of Marshal Form 285 and Summons to Plaintiffs for service upon Defendants Joseph Harris and Karen Perry.

Plaintiff shall complete and mail the forms to the Clerk of Court within **fifteen [15] days** of the date of this Order.

(2) As Plaintiffs are proceeding IFP, the Clerk upon receipt shall provide the completed forms to the United States Marshal.  Upon receipt of the completed forms, **the United States Marshal is directed to serve them upon all Defendants without cost to the Plaintiff**.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of May, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record
U.S. Marshal